IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00040-MOC-WCM

| | | |
|---|---|---|
| DANNY GOUGE | ) | |
| | ) | ORDER |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JEAR LOGISTICS, LLC, | ) | |
| ANYWAY LOGISTICS, INC., | ) | |
| AGUSTIN A. LOZA, JR. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (the "Motion," Doc. 3) filed by Derrick R. Bailey. The Motion indicates that Mr. Bailey, a member in good standing of the Bar of this Court, is local counsel for Danny Gouge, and that he seeks the admission of F. Braxton Terry, who the Motion represents as being a member in good standing of the Bar of the State of Tennessee. It further appears that the requisite admission fee has been paid.

The Motion also indicates that Mr. Bailey has not conferred with counsel for Defendants regarding the Motion because Defendants have not yet appeared in this action.

Seeing no facial defect in the Motion, the undersigned will grant the request. Any defendant may, however, request that the admission of F.

Braxton Terry be reconsidered, after that defendant has appeared in this matter. Any such request for reconsideration should be supported by specific objections to the instant *pro hac vice* admission.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion for Admission Pro Hac Vice and Affidavit (Doc. 3) is **GRANTED**, and F. Braxton Terry is **ADMITTED** to practice *pro hac vice* before the Court in this matter while associated with local counsel.

2. This ruling is **WITHOUT PREJUDICE** to any Defendant's right to challenge Mr. Terry's admission, provided that any such motion is filed within **fourteen days** of that Defendant's appearance in this matter and is appropriately supported.

Signed: March 8, 2022

W. Carleton Metcalf
United States Magistrate Judge