IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00040-MOC-WCM

| | | |
|---|---|---|
| DANNY GOUGE | ) | |
| | ) | ORDER |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JEAR LOGISTICS, LLC, | ) | |
| ANYWAY LOGISTICS, INC., | ) | |
| AGUSTIN A. LOZA, JR. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on the Motion for Admission *Pro Hac Vice* and Affidavit (the "Motion," Doc. 23) filed by Derrick R. Bailey. The Motion indicates that Mr. Bailey, a member in good standing of the Bar of this Court, is local counsel for Danny Gouge, and that he seeks the admission of Danny R. Ellis, who the Motion represents as being a member in good standing of the Bar of the State of Tennessee. It further appears that the requisite admission fee has been paid.

The Motion also indicates that Mr. Bailey has not conferred with counsel for Defendants regarding the Motion "but has inquired and awaits responses." Doc. 23 at 2. The undersigned's chambers also reached out to counsel for Defendants regarding their positions on the Motion, but has not received a response.

Seeing no facial defect in the Motion, the undersigned will grant the request.

**IT IS THEREFORE ORDERED THAT** the Motion for Admission Pro Hac Vice and Affidavit (Doc. 23) is **GRANTED**, and Danny R. Ellis is **ADMITTED** to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: June 21, 2022

W. Carleton Metcalf
United States Magistrate Judge