IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00040-MOC-WCM

| | | |
|---|---|---|
| DANNY GOUGE, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| JEAR LOGISTICS, LLC, | ) | |
| ANYWAY LOGISTICS, INC., | ) | |
| AGUSTIN A. LOZA, JR. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is a Joint Motion to Amend Scheduling Order (the "Motion," Doc. 29).

The current deadlines and proposed deadlines are:

|  | Current | Proposed |
|---|---|---|
| Plaintiff's Expert Disclosures | 10/21/2022 | 1/15/2023 |
| Defendants' Expert Disclosures | 11/18/2022 | 2/15/2023 |
| Discovery: | 2/10/2023 | 5/1/2023 |
| Mediation: | 2/24/2023 | 5/8/2023 |
| Motions: | 3/7/2023 | 5/25/2023 |

A hearing on the Motion and a status conference were conducted on November 14, 2022. During those proceedings, counsel described the written discovery that has been propounded and/or answered to date. Counsel additionally represented that they had identified dates in December and January for depositions, although they had not yet set specific depositions.

For the reasons discussed during the November 14 hearing, the parties will be given some additional time to complete their pre-trial preparations. However, the existing trial setting will be preserved.

**IT IS THEREFORE ORDERED THAT:**

1. The Joint Motion to Amend Scheduling Order (Doc. 29) is **GRANTED IN PART**, and the following deadlines are **EXTENDED**:

    a. Plaintiff's expert disclosures through and including January 16, 2023;

    b. Defendants' expert disclosures through and including February 15, 2023;

    c. Discovery through and including March 10, 2023;

    d. Mediation through and including March 17, 2023; and

    e. Motions through and including March 31, 2023.

2. All other provisions of the Pretrial Order and Case Management Plan (Doc. 19), including the August 7, 2023 trial setting, remain in effect.

Signed: November 14, 2022

W. Carleton Metcalf
United States Magistrate Judge